> Dismissal with prejudice acknowledged [92].
>
> *Matthew P. Brookman*
> Matthew P. Brookman, Judge
> United States District Court
> Southern District of Indiana
>
> Dated: March 31, 2025

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| **HOLLINGSWORTH,** | ) |
| **Plaintiff,** | ) |
| vs. | ) NO. 2:22-cv-00444-MPB-MJD |
| **HARDY, et al.,** | ) |
| **Defendants.** | ) |

## STIPULATION OF DISMISSAL

Plaintiff, Shaquille Hollingsworth, and Defendant, Aaron McCullough, hereby stipulate that settlement in this matter has been reached and request the Court dismiss this matter, with prejudice. Both sides to bear their own fees and costs.

Respectfully submitted,

Date: March 27, 2025

/s/ E. Ryan Shouse
Attorney No. 35597-49
**Lewis And Wilkins LLP**
8777 Purdue Road, Suite 104
Indianapolis, IN 46268-3104
Phone: (317) 636-7460
Fax: (317) 636-7505
Email: shouse@lewisandwilkins.com

Date: March 27, 2025

/s/ Eric Farr (w/permission)
Attorney No. 31962-49
**Keller & Keller**
2850 N. Meridian Street
Indianapolis, IN 46208
Phone: (317) 275-3062
Email: efarr@2keller.com